IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RUFINO CRUZ RODRIGUEZ,                          *

                Petitioner,                          *

v.                                              Case No. 7:26-cv-60 (WLS-CHW)
                                  *

WARDEN IRWIN COUNTY DETENTION
CENTER,                                         *

                Respondent.                          *

_____

## J U D G M E N T

Pursuant to this Court's Order dated March 26, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner .

This 27th day of March, 2026.

                              David W. Bunt, Clerk


                              s/ Katie Logsdon, Deputy Clerk